Robert S. Gutierrez (State Bar No. 143223)
gutierrezr@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350

Matthew S.L. Cate (State Bar No. 295546)
catem@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC  20006-1157
Telephone: 202.661.2200
Facsimile: 202.661.2299

Attorneys for Defendant Brandon Dorfman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| PEAK HEALTH CENTER,<br><br>            Plaintiff,<br><br>     v.<br><br>BRANDON DORFMAN,<br><br>            Defendant. | Case No. 19-cv-04145-VKD<br><br>**Declaration of Matthew S.L. Cate in Support of Defendant Brandon Dorfman's Motion for Attorneys' Fees Pursuant to Cal. Civ. Proc. Code § 425.16(c)**<br><br>Date:     April 14, 2020<br>Time:    10:00 a.m.<br>Judge:   Hon. Virginia K. DeMarchi |
|---|---|

I, Matthew S.L. Cate, declare as follows:

1. I am an associate at Ballard Spahr LLP, counsel for Defendant Brandon Dorfman in this action. I make this declaration in support of Mr. Dorfman's Motion for Attorneys' Fees Pursuant to Cal. Civ. Proc. Code § 425.16(c). I have personal knowledge of the facts set forth below (except as to matters stated on information and belief, which I am informed and believe to be true), and if called upon to do so, could and would testify competently to them.

2. Before joining Ballard Spahr on November 26, 2019, I was a senior associate at Farella Braun + Martel LLP ("Farella") in San Francisco. For 2019, my hourly rate at Farella was $575.

3. Starting in early July 2019, I represented Mr. Dorfman in connection with the lawsuit that Bomi Joseph filed against Mr. Dorfman in Los Angeles Superior Court in May 2019.

4. Mr. Dorfman had contacted the Electronic Frontier Foundation ("EFF") seeking *pro bono* legal help defending against Mr. Joseph's action. As a member of the EFF's Cooperating Attorneys list, *see* https://www.eff.org/pages/legal-assistance#coopatty, I offered to help defend Mr. Dorfman without cost to him (or to the EFF).

5. Farella and I successfully represented Mr. Dorfman against Mr. Joseph's claims, all of which Mr. Joseph voluntarily dismissed in response to a demurrer.

6. Meanwhile, shortly before Mr. Joseph dismissed his suit, Peak Health filed this action. Farella and I agreed to continue to represent Mr. Dorfman *pro bono* in this case.

7. While working on this case, including while at Farella, I contemporaneously tracked the time I spent working on the state court suit and this action by using the firm's time-tracking software. I tracked the time spent on the two separate lawsuits under different matter numbers. As a result, no time spent working to defend Mr. Dorfman against Mr. Joseph's state-court suit was counted as time spent working on this matter.

8. I have received and reviewed the time entries I submitted while working on this case while at Farella. I spent well over 80 hours reviewing the initial complaint and First Amended Complaint ("FAC"), conferring with Mr. Dorfman and the supervising partner about strategy and with opposing counsel about the initial complaint and case-management issues, developing

defenses to the FAC and conducting legal research in support of Mr. Dorfman's defenses, preparing the motion to dismiss and anti-SLAPP motion to strike the FAC, and participating in the hearing on those motions.

9. The day that Peak Health filed its Second Amended Complaint ("SAC"), I joined Ballard Spahr as an associate in its Media & Entertainment Group and joined its Washington, D.C., office. Because I was the lawyer most familiar with this case, Mr. Dorfman, Ballard Spahr, and I all agreed that Ballard Spahr would substitute for Farella as Mr. Dorfman's *pro bono* counsel for this matter.

10. Ballard Spahr's Media & Entertainment Group focuses almost exclusively on representing clients (predominantly news and entertainment media, but other publishers as well) in defamation, privacy, newsgathering, access and related First Amendment matters. *See* https://www.ballardspahr.com/practiceareas/practices/media-entertainment-law. The lawyers in our group have earned a national reputation for the quality of legal services we provide to clients in this area. *U.S. News & World Report* named the group as "Law Firm of the Year" for First Amendment Litigation in 2020, one year after granting it the same recognition in its Media Law and Copyright Law categories. *Law360* honored the group the "Practice Group of the Year" for Media & Entertainment in 2017. Our team of more than 50 lawyers have represented clients asserting their rights under the anti-SLAPP statutes of jurisdictions across the United States, including California, Florida, Illinois, Nevada, New York, Oregon, and Washington, D.C.

11. I was the lawyer in our group primarily responsible for the representation of Mr. Dorfman. A former journalist, I am a 2013 *magna cum laude* graduate of the University of California, Hastings College of the Law. While I now focus exclusively on media and First Amendment issues, my litigation experience crosses a range of practice areas—products liability, commercial litigation, antitrust and securities, and construction-related matters—in state and federal courts in California, Texas, Oklahoma, Florida, and more. Additional information about my background is available at https://www.ballardspahr.com/people/attorneys/cate-matthew.

12. After I joined Ballard Spahr, my work on this case was supervised by Robert S. Gutierrez, also a member of Ballard Spahr's Media & Entertainment Group. Mr. Gutierrez is a

1989 graduate of Stanford Law School and has spent more than 30 years in private practice defending defamation, right-of-publicity, and related tort claims. Additional information about his background is available at https://www.ballardspahr.com/people/attorneys/gutierrez-robert.

13. Ryan Relyea is a paralegal and trial specialist at Ballard Spahr who works with the Media & Entertainment Group. He has more than 15 years of experience, and he helped us with several filing-related tasks in support of Mr. Dorfman's motion to dismiss and anti-SLAPP motion to strike Peak Health's SAC.

14. The rates sought in this motion are:

| Attorney/Paralegal | 2019 Hourly Rate | 2020 Hourly Rate |
|---|---|---|
| Robert S. Gutierrez, Of Counsel | $725 | $725 |
| Matthew S.L. Cate, associate | $475 | $540 |
| Ryan R. Relyea, paralegal | $280 | $280 |

15. I, Mr. Gutierrez, and Mr. Relyea all tracked and contemporaneously entered the time we spent working on this case through the firm's time-tracking software. I have personally reviewed all of the time entries submitted in this case. A true and correct copy of the entries we are submitting in support of this motion is attached to this declaration as **Exhibit 1**. Certain entries reflected attorney-client privileged information, so I have redacted such information from Exhibit 1. The time entries include narrative descriptions of the work performed during each identified period, and I have separated them in chronological order by timekeeper. The entries reflect the following totals:

| Attorney/Paralegal | Total Hours | Total Fees |
|---|---|---|
| Robert S. Gutierrez, Of Counsel | 20.4 | $14,790.00 |
| Matthew S.L. Cate, associate | 85.2 | $41,822.00[1] |
| Ryan R. Relyea, paralegal | 4.9 | $1,372.00 |
|  | **110.5** | **$57,984.00** |

16. The time recorded in Exhibit 1 reflects the efforts spent (1) reviewing Peak Health's pleadings, the parties' prior briefing and related materials on Mr. Dorfman's first motion to strike and motion to dismiss, the Court's order on those motions, and Peak Health's opposition to Mr. Dorfman's second motion to strike and motion to dismiss; (2) conducting legal research governing

---

[1] As noted above, my hourly rate increased in January 2020.

4

Cate Decl. I/S/O Def.'s Mot. for Attorneys' Fees / Case No. 19-04145-VKD

the claims and defenses at issue in support of the motions; (3) drafting the motion to strike (and nearly mirror-image motion to dismiss) and reply brief in support of same; and (4) preparing for and participating in the hearing on the motions; and (5) reviewing the order granting the motions.

17. The motion also seeks to recover fees incurred in preparing the motion for fees. I spent at least 11.5 hours researching, drafting, and finalizing the motion and supporting materials for filing. Mr. Gutierrez spent 2.4 hours reviewing and editing the materials. Accordingly, this portion of the request breaks down as follows:

| Attorney/Paralegal | Total Hours | Total Fees |
| --- | --- | --- |
| Robert S. Gutierrez, Of Counsel | 2.4 | $1,740.00 |
| Matthew S.L. Cate, associate | 11.5 | $6,210.00 |
|  | 13.9 | $7,950 |

18. Accordingly, the total amount of fees requested in this motion is $65,934.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of March, 2020, in Washington, District of Columbia.

*[signature]*

_____

5

Cate Decl. I/S/O Def.'s Mot. for Attorneys' Fees / Case No. 19-04145-VKD

# EXHIBIT 1

| Work Date | Attorney/Paralegal | Narrative | Hrs. | Rate | Amount |
|---|---|---|---|---|---|
| 12/3/2019 | Cate, Matthew | Review and analyze second amended complaint. | 0.70 | 475.00 | $ 332.50 |
| | | Conduct legal research in support of response to amended complaint. | 1.20 | 475.00 | $ 570.00 |
| 12/5/2019 | Cate, Matthew | Further analyze second amended complaint | 0.50 | 475.00 | $ 237.50 |
| 12/5/2019 | Cate, Matthew | Confer with B. Dorfman ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 0.50 | 475.00 | $ 237.50 |
| 12/5/2019 | Cate, Matthew | Conduct legal research in support of motions. | 1.40 | 475.00 | $ 665.00 |
| 12/6/2019 | Cate, Matthew | Conduct legal research in support of response to second amended complaint. | 3.90 | 475.00 | $1,852.50 |
| 12/9/2019 | Cate, Matthew | Conduct legal research in support of response to second amended complaint. | 1.90 | 475.00 | $ 902.50 |
| 12/10/2019 | Cate, Matthew | Conduct legal research in support of motions to dismiss/strike. | 2.60 | 475.00 | $1,235.00 |
| 12/10/2019 | Cate, Matthew | Begin draft of motion to strike/motion to dismiss. | 3.20 | 475.00 | $1,520.00 |
| 12/10/2019 | Cate, Matthew | Confer with R. Gutierrez about motion strategy. | 0.50 | 475.00 | $ 237.50 |
| 12/11/2019 | Cate, Matthew | Draft and revise motions to dismiss/strike SAC and conduct legal research in support of same. | 4.70 | 475.00 | $2,232.50 |
| 12/12/2019 | Cate, Matthew | Draft and revise motions to dismiss/strike SAC and conduct legal research in support of same. | 3.60 | 475.00 | $1,710.00 |
| 12/13/2019 | Cate, Matthew | Draft and revise motions to dismiss/strike SAC and conduct legal research in support of same. | 8.60 | 475.00 | $4,085.00 |
| 12/14/2019 | Cate, Matthew | Draft and revise motions to dismiss/strike SAC and conduct legal research in support of same. | 7.30 | 475.00 | $3,467.50 |
| 12/15/2019 | Cate, Matthew | Draft and revise motions to dismiss/strike SAC and conduct legal research in support of same. | 9.40 | 475.00 | $4,465.00 |
| 12/16/2019 | Cate, Matthew | Draft and revise motions to dismiss/strike SAC and conduct legal research in support of same. | 6.90 | 475.00 | $3,277.50 |
| 12/16/2019 | Cate, Matthew | Confer with R. Gutierrez and staff about motions and filing. | 0.30 | 475.00 | $ 142.50 |
| 12/16/2019 | Cate, Matthew | Attempt to confer with opposing counsel about hearing date. | 0.20 | 475.00 | $ 95.00 |
| 12/17/2019 | Cate, Matthew | Finalize motions to dismiss/strike SAC and conduct legal research in support of same. | 6.10 | 475.00 | $2,897.50 |
| 12/17/2019 | Cate, Matthew | Confer with B. Dorfman ▮▮▮▮▮▮▮▮▮▮▮▮. | 0.20 | 475.00 | $ 95.00 |
| 12/17/2019 | Cate, Matthew | Coordinate and supervise filing of motions. | 0.70 | 475.00 | $ 332.50 |
| 1/3/2020 | Cate, Matthew | Review and analyze Peak Health briefs in opposition to motion to dismiss and motion to strike. | 0.50 | 540.00 | $ 270.00 |
| 1/3/2020 | Cate, Matthew | Conduct legal research in support of reply brief. | 0.60 | 540.00 | $ 324.00 |
| 1/3/2020 | Cate, Matthew | Confer with R. Gutierrez about Peak Health oppositions and reply brief strategy. | 0.20 | 540.00 | $ 108.00 |
| 1/6/2020 | Cate, Matthew | Draft and revise draft reply brief in support of dispositive motions. | 4.70 | 540.00 | $2,538.00 |
| 1/6/2020 | Cate, Matthew | Confer with B. Dorfman ▮▮▮▮▮▮▮▮▮▮▮▮. | 0.30 | 540.00 | $ 162.00 |
| 1/7/2020 | Cate, Matthew | Draft and finalize draft reply brief in support of motion to strike/dismiss. | 3.80 | 540.00 | $2,052.00 |
| 1/7/2020 | Cate, Matthew | Confer with R. Gutierrez and B. Dorfman ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 0.20 | 540.00 | $ 108.00 |
| 1/7/2020 | Cate, Matthew | Coordinate and supervise filing of reply. | 0.60 | 540.00 | $ 324.00 |
| 1/20/2020 | Cate, Matthew | Prepare for motion hearing. | 7.40 | 540.00 | $3,996.00 |

| Date | Attorney | Narrative | Hrs. | Rate | Amount |
|---|---|---|---|---|---|
| 1/21/2020 | Cate, Matthew | Appear at court for hearing. | 1.80 | 540.00 | $ 972.00 |
| 2/24/2020 | Cate, Matthew | Review and analyze order granting motion to dismiss and granting anti-SLAPP motion. | 0.70 | 540.00 | $ 378.00 |
| | | | 85.20 | | 41,822.00 |

| Date | Attorney | Narrative | Hrs. | Rate | Amount |
|---|---|---|---|---|---|
| 3/2/2020 | Cate, Matthew | Conduct legal research in support of motion for fees. | 2.00 | 540.00 | $1,080.00 |
| 3/2/2020 | Cate, Matthew | Confer with R. Gutierrez about motion strategy. | 0.90 | 540.00 | $ 486.00 |
| 3/4/2020 | Cate, Matthew | Review billing entries in support of motion for fees | 1.40 | 540.00 | 756.00 |
| 3/5/2020 | Cate, Matthew | Prepare motion for fees | 7.20 | 540.00 | 3,888.00 |
| | | | 11.50 | | 6,210.00 |

| Work Date | Attorney/Paralegal | Narrative | Hrs. | Rate | Amount |
|---|---|---|---|---|---|
| 12/9/2019 | Gutierrez, Robert S | Research docket to begin review and analysis of pleadings filed to date | 0.60 | 725.00 | $ 435.00 |
| 12/10/2019 | Gutierrez, Robert S | Review and analyze Plaintiff's Opposition to Defendant's Special Motion to Strike | 0.30 | 725.00 | $ 217.50 |
| 12/10/2019 | Gutierrez, Robert S | Review and analyze Dorfman's Reply in support of Motion to Dismiss | 0.20 | 725.00 | $ 145.00 |
| 12/10/2019 | Gutierrez, Robert S | Review and analyze Plaintiff's Opposition to Defendant's Motion to Dismiss | 0.40 | 725.00 | $ 290.00 |
| 12/10/2019 | Gutierrez, Robert S | Review and analyze Dorfman's Motion to Dismiss | 0.90 | 725.00 | $ 652.50 |
| 12/10/2019 | Gutierrez, Robert S | Review and analyze First Amended Complaint & exhibits | 0.70 | 725.00 | $ 507.50 |
| 12/10/2019 | Gutierrez, Robert S | Telephone call with Matt Cate re: case status and case strategy | 0.30 | 725.00 | $ 217.50 |
| 12/10/2019 | Gutierrez, Robert S | Review and analyze Dorfman's Special Motion to Strike | 0.50 | 725.00 | $ 362.50 |
| 12/10/2019 | Gutierrez, Robert S | Review 12/10/19 Matt Cate emails re: call to discuss case status and strategy, and draft response | 0.20 | 725.00 | $ 145.00 |
| 12/10/2019 | Gutierrez, Robert S | Review Declaration of Daniela C. Barahona in Support of Plaintiff's Opposition to Defendant's Special Motion to Strike and Motion to Dismiss | 0.20 | 725.00 | $ 145.00 |
| 12/10/2019 | Gutierrez, Robert S | Review Declaration of Matt Cate in support of Request for Judicial Notice in Support of Special Motion to Strike and Motion to Dismiss | 0.20 | 725.00 | $ 145.00 |
| 12/10/2019 | Gutierrez, Robert S | Review and analyze Second Amended Complaint | 0.40 | 725.00 | $ 290.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/10/2019 | Gutierrez, Robert S | Review and analyze Order Granting Motion to Dismiss with leave to amend; Denying Anti-SLAPP Motion to Strike Without Prejudice | 0.70 | 725.00 | $ 507.50 |
| 12/10/2019 | Gutierrez, Robert S | Review and analyze Dorfman's Reply in support of Special Motion to Strike | 0.30 | 725.00 | $ 217.50 |
| 12/11/2019 | Gutierrez, Robert S | Based on review of Second Amended Complaint, analyze issues to be addressed in second Special Motion to Strike | 1.40 | 725.00 | $1,015.00 |
| 12/16/2019 | Gutierrez, Robert S | Review, analyze and revise Dorfman's Motion to Dismiss Second Amended Complaint | 4.80 | 725.00 | $3,480.00 |
| 12/16/2019 | Gutierrez, Robert S | Review 12/16/19 Matthew Cate emails re: Dorfman's Motion to Dismiss Second Amended Complaint and Special Motion to Strike, and draft responses | 0.60 | 725.00 | $ 435.00 |
| 12/16/2019 | Gutierrez, Robert S | Review transcript of 10/29/19 hearing on Dorfman's Motion to Dismiss and Special Motion to Strike | 0.40 | 725.00 | $ 290.00 |
| 12/16/2019 | Gutierrez, Robert S | Review, analyze and revise Dorfman's Request for Judicial Notice, and review related documents for which judicial notice is sought | 0.30 | 725.00 | $ 217.50 |
| 12/17/2019 | Gutierrez, Robert S | Review, analyze and revise Declaration of Matt Cate in support of Request for Judicial Notice | 0.20 | 725.00 | $ 145.00 |
| 12/17/2019 | Gutierrez, Robert S | Review final drafts of Dorfman's second motion to dismiss and second special motion to strike | 1.20 | 725.00 | $ 870.00 |
| 12/17/2019 | Gutierrez, Robert S | Draft emails to Matt Cate re: Dorfman's second special motion to strike and supporting documents, and review responses | 0.80 | 725.00 | $ 580.00 |
| 12/17/2019 | Gutierrez, Robert S | Review, analyze and revise Dorfman's second special motion to strike | 1.40 | 725.00 | $1,015.00 |
| 1/3/2020 | Gutierrez, Robert S | Review and analyze Peak Health Center's Oppositions to Dorfman's Motion to Dismiss Second Amended Complaint and Special Motion to Strike Second Amended Complaint, and Declaration of Amiel Wade | 0.50 | 725.00 | $ 362.50 |
| 1/3/2020 | Gutierrez, Robert S | Review 1/3/20 Matt Cate email re: Peak Health Center's Opposition to Dorfman's special motion to strike Second Amended Complaint, and draft response | 0.20 | 725.00 | $ 145.00 |
| 1/6/2020 | Gutierrez, Robert S | Review 1/6/20 Matt Cate email re: status of Dorfman's reply brief in support of second special motion to strike and dismiss, and draft response | 0.20 | 725.00 | $ 145.00 |
| 1/7/2020 | Gutierrez, Robert S | Review filed version of Dorfman's Reply brief in support of motion to dismiss and special motion to strike Second Amended Complaint | 0.20 | 725.00 | $ 145.00 |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/7/2020 | Gutierrez, Robert S | Review 1/7/29 Matt Cate emails re: Dorfman's Reply brief in support of motion to dismiss and special motion to strike Second Amended Complaint, and draft responses | 0.20 | 725.00 | $ 145.00 |
| 1/7/2020 | Gutierrez, Robert S | Review, analyze and revise Dorfman's Reply brief in support of motion to dismiss and special motion to strike Second Amended Complaint | 1.00 | 725.00 | $ 725.00 |
| 1/17/2020 | Gutierrez, Robert S | Telephone call with Matt Cate re: 1/21/20 hearing on Dorfman's motion to dismiss and special motion to strike Second Amended Complaint | 0.20 | 725.00 | $ 145.00 |
| 1/21/2020 | Gutierrez, Robert S | Review 1/21/20 Matt Cate email summarizing 1/21/20 hearing on Dorfman's motion to dismiss and special motion to strike Second Amended Complaint, research issue of attorneys' fees award for partial success on anti-SLAPP motion, and draft response | 0.50 | 725.00 | $ 362.50 |
| 2/24/2020 | Gutierrez, Robert S | Review 2/24/20 Order Granting Motion to Dismiss Second Amended Complaint; Granting Anti-SLAPP Motion to Strike | 0.40 | 725.00 | $ 290.00 |
| | | | **20.40** | | **14,790.00** |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/2/2020 | Gutierrez, Robert S | Review 3/2/20 Matt Cate emails re: issues pertaining to Dorfman's motion for attorneys' fees, and draft responses | 0.40 | 725.00 | $ 290.00 |
| 3/2/2020 | Gutierrez, Robert S | Review 3/2/20 Matt Cate emails re: issues pertaining to Dorfman's motion for attorneys' fees, and draft responses | 0.40 | 725.00 | 290.00 |
| 3/4/2020 | Gutierrez, Robert S | Review 3/4/20 Matt Cate email re: Dorfman's motion for attorneys' fees, and draft response | 0.20 | 725.00 | 145.00 |
| 3/6/2020 | Gutierrez, Robert S | Review, analyze and revise Dorfman's motion for attorneys' fees and supporting declaration of Matt Cate | 1.10 | 725.00 | 797.50 |
| 3/6/2020 | Gutierrez, Robert S | Review 3/6/20 Matt Cate emails re: Dorfman's motion for attorneys' fees and supporting declarations, and draft responses | 0.30 | 725.00 | 217.50 |
| | | | **2.40** | | **1,740.00** |

| Work Date | Attorney/Paralegal | Narrative | Hrs. | Rate | Amount |
|---|---|---|---|---|---|
| 12/17/2019 | Relyea, Ryan R | Research case histories and review citations and quotations in motion to dismiss for accuracy. | 1.8 | 280 | 504 |
| 12/17/2019 | Relyea, Ryan R | Draft and revise tables of authorities and contents for motion to dismiss. | 0.7 | 280 | 196 |
| 12/17/2019 | Relyea, Ryan R | Research case histories and review citations and quotations in anti-SLAPP motion for accuracy. | 1.4 | 280 | 392 |
| 12/17/2019 | Relyea, Ryan R | Review and revise request for judicial notice. | 0.5 | 280 | 140 |
| 12/17/2019 | Relyea, Ryan R | Review and prepare motion to dismiss, anti-SLAPP motion, and request for judicial notice for filing. | 0.5 | 280 | 140 |
| | | | 4.90 | | 1,372.00 |